```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

ED KOLAR,                         )
                                  )
           Plaintiff,             )        4:08CV3244
                                  )
      v.                          )
                                  )
CHAMNESS TECHNOLOGY, INC.,        )            ORDER
                                  )
           Defendant.             )
                                  )
```

IT IS ORDERED:

The parties' oral motion for continuance of planning conference is granted and the Rule 16 telephone planning conference is continued from May 20 to May 27, 2009 at 10:00 a.m.

Plaintiff's counsel shall initiate the call.

DATED this 14th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge