IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ED KOLAR, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3244 |
| | ) | |
| V. | ) | |
| | ) | |
| CHAMNESS TECHNOLOGY, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's unopposed motion to continue, (filing no. 37), is granted, and the parties' dispositive motions, if any, shall be filed on or before July 31, 2009.

DATED this 22nd day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge