IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ED KOLAR, | ) | |
| | ) | Case No. 4:08CV3244 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TO WITHDRAW |
| | ) | EXHIBITS |
| CHAMNESS TECHNOLOGY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel is ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Plaintiff's Exhibit #32 received in jury trial held on 12/28/09 and 12/29/09

If counsel fails to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 29th day of December, 2009.

s/ *Richard G. Kopf*
United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07