IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ED KOLAR, | ) | 4:08CV3244 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| CHAMNESS TECHNOLOGY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The plaintiff, Ed Kolar, has filed a motion for new trial pursuant to Federal Rule of Civil Procedure 59(a). The plaintiff contends the court erred when it granted the defendant's motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a). Upon careful consideration, including review of the parties' briefs (filings 118, 121, 122), the plaintiff's motion will be denied.

    Accordingly,

    IT IS ORDERED that the plaintiff's motion for new trial (filing 117) is denied.

January 28, 2010.
                                  BY THE COURT:

                                  *Richard G. Kopf*
                                  United States District Judge